IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **PEARLIE BERNICE JONES,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:19-cv-00137-M-BP |
| **ANDREW M. SAUL,** Commissioner of Social Security, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The Plaintiff filed objections on August 1, 2020. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**.

**SO ORDERED** this 17th day of August, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE